IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2018 FEB 21 A 11: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RICKEY LETT

   PLAINTIFF

V.

2:18-CV-125-MHT-GMB

Demand for Jury Trial

GARDEN CITY GROUP, LLC

   DEFENDANT

COME NOW, the Plaintiff Rickey Lett, Pursuant to Rule 1 of the Federal Rules of Civil Procedure and Order of the Court.

STATEMENT OF THE PARTIES

1. The Plaintiff Rickey Lett, is over the age of Nineteen (19) years, a citizen of the United States and State of Alabama and reside at 1249 Sandlewood Drive Montgomery, Alabama 36117.

2. The Defendant Garden City Group LLC. P. O. Box 10106 Dublin, Ohio 43017-3106.

## JURISDICTION

3. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendant are diverse as to their citizenship and Plaintiff demands an amount in relief of $16,000,000.

## VENUE

4. Venue is proper in the United States District Court for the Middle District of Alabama Northern Division for the Defendant pursuant to 28 U.S.C. § 1391 (b). The substantial events that gave rise to the claim occurred in the District and Defendant is located there.

## STATEMENT OF THE FACTS

5. On or about November 29, 2017 to January 29, 2018, the Plaintiff received a Important Legal Notice from the Defendant Garden City Group LLC informing the Plaintiff that he was included in a Class Action Lawsuit that the Plaintiff had a mortgage service by Wells Fargo from August 1, 2004 to December 31, 2013. F.R.C.P.11(See Exhibit A copy)

6. A payment to the Plaintiff of $10,000 was to be paid for their services to the class plus for active loan, for Plaintiff (a) all subsequent fee code 4 inspection fee assessed (b) plus 50% of all subsequent corporate advance inspection fee (c) plus 10% of all initial fee code 4 and initial corporate advance inspection fee assessed. F.R.C.P. 11(See Exhibit A copy)

7. When the Plaintiff tried to reach the number of the Defendant Garden City Group LLC the number had changed and a recording on the other number.

8. The Defendant deceive the Plaintiff and refuse to pay the Plaintiff his $10,000 plus 20% of all initial assessed and 50% of all advance initial assessed.

9. The Defendant defraud the Plaintiff by depriving him of property, or interest, estate or right by Fraud, deceit or artifice. 438 P. 2d 250,252.

   False Pretense: 183 N.W. 2d 813,815.
   Fraud: 310 F. 2d 262,267, Racketeering (RICO)
   Pub. L. 91-452 § 1, 84 Stat. 922 (1970)
   Extortion: Penal Code § 223,4 See 148 A. 2d 848,850;
   2 Mass 522,523; 160 F. 2d 754,756; See Perkins &
   Boyce Criminal Law 442, 452 (3d ed. 1982).

## COUNT ONE

### FRAUD

10. Plaintiff re-alleges all prior paragraphs of the complaint as if set forth fully herein.
11. The Defendant refuse to pay the Plaintiff $10,000 and all initials assessed.
12. The Defendant deceive and refuse to pay the Plaintiff his $10,000 and initial assessed from August 1, 2004 to December 31, 2013 which was ordered by the court.
13. The Defendant deceive and extortionlized the Plaintiff $10,000 plus his initial assessed from him.
14. The Plaintiff has been damaged by the Defendant in not paying him the $10,000 plus the initial assessed amount to be determined at a trial by jury.

### DEMANDS FOR RELIEF

WHEREFORE, the Plaintiff seeks the following relief: all relief this court deems necessary in the interest of

justice, any other relief as may be appropriate including equitable relief, injunctive relief, compensatory, extraordinary, punitive, liquidated damages, fees and costs.

JURY DEMAND

Plaintiff hereby demands a trial by jury on all matters so triable.

2/21/18
DATE

Rickey Lett
RICKEY LETT
1249 Tanglewood Dr
Montgomery, AL
334 260-2798 / 3617