IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RICKEY LETT,                     )
                                 )
        Plaintiff,               )
                                 )      CIVIL ACTION NO.
        v.                       )       2:18cv125-MHT
                                 )           (WO)
GARDEN CITY GROUP, LLC,          )
                                 )
        Defendant.               )

OPINION

Plaintiff filed this lawsuit asserting that
defendant committed fraud in relation to a class action
settlement.   This lawsuit is now before the court on
the recommendation of the United States Magistrate
Judge that defendant's motion to dismiss be granted and
that the case be dismissed with prejudice.   Also before
the court are plaintiff's objections to the
recommendation, which are contained in a document
labelled as a complaint; plaintiff's motion for
judgment on the merits; and defendant's motion to
strike.   After an independent and de novo review of the
record, the court concludes that plaintiff's objections

should be overruled, the magistrate judge's recommendation adopted, defendant's motion to dismiss granted, plaintiff's motion for judgment on the merits denied, and defendant's the motion to strike granted in part.

An appropriate judgment will be entered.

DONE, this the 11th day of October, 2018.

         /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE