**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
RICKEY LETT,                    )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:18cv125-MHT
                                )             (WO)
GARDEN CITY GROUP, LLC,         )
                                )
     Defendant.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 64) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 62) is adopted.

(3) Defendant's motion to dismiss (doc. no. 58) is granted.

(4) Plaintiff's motion for judgment on the merits (doc. no. 63) is denied.

(5) Defendant's motion to strike (doc. no. 65) is

granted only to the extent that the court will not consider the "complaint" (doc. no. 64) as an amended complaint, but only as objections to the recommendation.

(6) This case is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of October, 2018.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE